# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

JERRY READ and                                                              PLAINTIFFS
DAISY KARAM READ

V.                                          CIVIL ACTION NO. 1:06CV894 LTS-RHW

ALLSTATE INSURANCE COMPANY                                       DEFENDANT

### ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. §455(a), because my impartiality in connection with this proceeding might reasonably be questioned, I have decided to recuse myself from this case.

Accordingly, it is

**ORDERED**

That I hereby recuse myself from this proceeding.

**SO ORDERED** this 12th day of September, 2006.

s/ L. T. Senter, Jr.

L. T. Senter, Jr.
Senior Judge